UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RICHARD SCULLY,

                                Plaintiff,

   -against-                               **RULE 7.1 STATEMENT**

                                                       08 Civ. 3598 (JGK)

METRO-NORTH COMMUTER RAILROAD,

                                Defendant.
--------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).) Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York
       May 8, 2008                                RICHARD K. BERNARD
                                              GENERAL COUNSEL

                                        By:___S/_____
                                         Ioana Wenchell (IW/4775)
                                         Attorneys for Defendant
                                         347 Madison Avenue
                                         New York, New York 10017
                                         (212) 340-2203

TO:   Michael Flynn, Esq.  (MF/7150)
       Law Office of Michael Flynn PLLC
       Attorney for Plaintiff
       1205 Franklin Avenue
       Garden City, NY 11530
       (516) 877-1234